CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:08-cv-00192-PJS-JJG**
**Internal Use Only**

Stubstad v. Davol, Inc. et al
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 01/22/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Brenda Stubstad**

represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

represented by **Timothy M Connelly**
Eckland & Blando LLP
10 S 5th St Ste 500
Mpls, MN 55402
612-236-0160
Fax: 612-236-0179
Email: tim@ecklandblando.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**

represented by **Timothy M Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number |

| | | |
|---|---|---|
| | | 40019064.) assigned to Judge Patrick J Schiltz per Master List referred to Magistrate Judge Jeanne J Graham., filed by Brenda Stubstad. (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 01/22/2008) |
| 01/22/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 01/22/2008) |
| 01/22/2008 | | (Court only) *** Copy of complaint sent to the MDL Panel (jdf) (Entered: 01/22/2008) |
| 01/22/2008 | | (Court only) ***Case possibly related to MDL 1842. (jdf) (Entered: 01/22/2008) |
| 01/25/2008 | 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian Burlew (Defense Counsel for Service of Process for Davol, Inc. and C.R. Bard, Inc.) on January 25, 2008 by Brenda Stubstad.Waiver of Service due by 2/25/2008. (Attachments: # 1 Cover Letter To Mr. Brian Burlew (Defense Counsel for Davol, Inc. and C.R. Bard, Inc.)# 2 Consent Form Waiver of Service of Summons# 3 Certificate of Service Notice of Suit, Request for Waiver, and Waiver Form)(Johnson, Charles) (Entered: 01/25/2008) |
| 02/05/2008 | 3 | NOTICE of Appearance by Timothy M Connelly on behalf of all defendants (Connelly, Timothy) (Entered: 02/05/2008) |
| 02/05/2008 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Davol, Inc., C.R. Bard, Inc. of C.R. Bard as corporate parent and/or publicly held company. (Connelly, Timothy) (Entered: 02/05/2008) |
| 02/05/2008 | 5 | Joint MOTION to Stay by Brenda Stubstad, Davol, Inc., C.R. Bard, Inc.. (Connelly, Timothy) (Entered: 02/05/2008) |
| 02/05/2008 | 6 | MEMORANDUM in Support re 5 Joint MOTION to Stay filed by all defendants. (Connelly, Timothy) (Entered: 02/05/2008) |
| 02/05/2008 | 7 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. re 5 Joint MOTION to Stay, 6 Memorandum in Support of Motion, 4 Rule 7.1 - Disclosure Statement, 3 Notice of Appearance (Connelly, Timothy) (Entered: 02/05/2008) |
| 02/05/2008 | 8 | ORDER granting 5 Motion to Stay pending transfer to MDL District of Rhode Island.Signed by Magistrate Judge Jeanne J. Graham on 2/5/08. (RJL) (Entered: 02/06/2008) |
| 02/07/2008 | 9 | WAIVER OF SERVICE Returned Executed filed by Brenda Stubstad. Davol, Inc. waiver sent on 1/25/2008, answer due 3/25/2008; C.R. Bard, Inc. waiver sent on 1/25/2008, answer due 3/25/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 02/07/2008) |
| 02/14/2008 | 10 | NOTICE to Take Deposition of Rule 30(b)(6) by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A)(Connelly, Timothy) (Entered: 02/14/2008) |
| 02/14/2008 | 11 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. re 10 |

| | | |
|---|---|---|
| | | Notice to Take Deposition (Connelly, Timothy) (Entered: 02/14/2008) |
| 03/04/2008 | 12 | NOTICE to Take Deposition of 30(b)(6) corporate records by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit(s)A)(Connelly, Timothy) Modified text on 3/5/2008 (jdf). (Entered: 03/04/2008) |
| 03/04/2008 | 13 | CERTIFICATE OF SERVICE by Davol, Inc., C.R. Bard, Inc. re 12 Notice to Take Deposition *30(b)(6) corporate records* (Connelly, Timothy) (Entered: 03/04/2008) |
| 03/11/2008 | 14 | CERTIFIED COPY OF THE CONDITIONAL TRANSFER ORDER (CTO-15) transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated proceedings. Case assigned to the Honorable Mary M Lisi. (jdf) (Entered: 03/11/2008) |
| 03/11/2008 | | NOTICE case has been transferred via e-mail to the District of Rhode Island pursuant to CTO. (jdf) (Entered: 03/11/2008) |

A true printed copy in 3 sheet(s)
of the electronic record filed on ______,
in the United States District Court
for the District of Minnesota.
CERTIFIED, March 11, 2008
RICHARD D. SLETTEN
BY: Jennifer Dunbar Fannemel
Deputy Clerk